# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| JERRY SHRUM, | ) | |
| | ) | |
| **Plaintiff,** | ) | **No.:** |
| | ) | |
| **vs.** | ) | **JUDGE** |
| | ) | |
| STATE FARM FIRE & CASUALTY | ) | **MAGISTRATE JUDGE** |
| COMPANY, | ) | |
| | ) | **JURY DEMAND** |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, State Farm Fire & Casualty Company ("State Farm") ("Defendant"), by counsel, files this Notice of Removal of this action from the Circuit Court in Davidson County, Tennessee, Case No. 25C2231, where it is now pending, to the United States District Court for the Middle District of Tennessee based upon diversity of citizenship and an amount in controversy exceeding $75,000. The grounds for removal are as follows.

## INTRODUCTION

1.      Defendant, State Farm Fire & Casualty Company, is an Illinois corporation with its principal place of business located at One State Farm Plaza, Bloomington, IL  61710.

2.      Plaintiff Jerry Shrum is a resident of Madison, Davidson County, Tennessee.

3.      Plaintiff's Complaint seeks compensatory damages in the amount of $102,472.68 as noted in paragraph A of Plaintiff's prayer for relief on page 11 of the Complaint. A copy of the Notice of Service of Process and Complaint is attached hereto as Exhibit "A".

## PROCEDURAL HISTORY

4. Plaintiff Jerry Shrum instituted this civil action in the Circuit Court of Davidson County, Tennessee, on August 12, 2025, for breach of contract and statutory bad faith pursuant to Tennessee Code Annotated § 56-7-105, which he alleges arose from a storm event that caused property damage to Plaintiff's Property ("the incident").

5. Plaintiff's Complaint was served on the Department of Commerce & Insurance on August 15, 2025. The Department of Commerce & Insurance, in turn, served a copy to State Farm on September 2, 2025. As such, State Farm was first served with Plaintiff's Complaint on September 2, 2025. See Notice of Service of Process and Complaint, Exhibit "A."

6. Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal will be filed with the Davidson County Circuit Court, and written notice will be provided to Plaintiff along with a copy of this pleading.

## REMOVAL IS TIMELY FILED UNDER 28 U.S.C. § 1446(b)

7. "The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within thirty days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter." 28 U.S.C. §1446.

8. As noted above, Defendant received the Complaint on September 2, 2025. Pursuant to 28 U.S.C. §1446(b), this notice of removal is timely filed since it is filed on or before October 2, 2025, within thirty (30) days of service of the summons. See also Murphy Bros. v. Michetti Pipe Stringing, 526 U.S. 344, 354, 119 S. Ct. 1322, 1328-29 (1999) (if the defendant is served with the summons but the complaint is furnished to the defendant sometime after, the period for removal runs from the defendant's receipt of the complaint); State Insulation v. Great Am. Ins. Co., 2010 U.S. Dist.

2

LEXIS 163750, at *3-4 *citing* <u>Murphy Bros.</u> (E.D. Tenn. Mar. 30, 2010) (the date the defendant received the complaint and summons from the Department of Commerce and Revenue starts the thirty-day clock for removal purposes); <u>Burton v. Cont'l Cas. Co.</u>, 431 F. Supp. 2d 651 (S.D. Miss. 2006); <u>Monterey Mushrooms v. Hall</u>, 14 F. Supp. 2d 988 (S.D. Tex. 1998); <u>Hughes Constr. Co. v. Rheem Mfg. Co.</u>, 487 F. Supp. 345 (N.D. Miss 1980); <u>Kurtz v. Harris</u>, 245 F. Supp. 752 (S.D. Tex 1965).

9.      A copy of this Notice of Removal is being served on Plaintiff and a Notice is being filed with the Circuit Court for Davidson County, Tennessee as required by 28 U.S.C. 1446(d). Copies of these Notices are attached as Exhibit "B." The necessary filing fees have been paid simultaneously with the filing of this Notice of Removal.

<u>**NON-WAIVER OF DEFENSES**</u>

10.      By removing this action from Davidson County Circuit Court, State Farm does not waive any defenses available to it.

11.      By removing this action from Davidson County Circuit Court, State Farm does not admit any of the allegations in Plaintiff's Complaint.

**WHEREFORE, PREMISES CONSIDERED,** State Farm Fire and Casualty Company, by and through its counsel, desiring to remove this civil action to the United States District Court for the Middle District of Tennessee, being the district and division for the county in which such civil action is pending, prays that the filing of this Notice of Removal, the giving of written notice thereof to Plaintiff, and the filing of a copy of this Notice of Removal with the clerk of the Circuit Court of Davidson County, Tennessee, shall effect the removal of said civil action to this Honorable Court. State Farm Fire and Casualty Company demands a jury to try the issues.

Respectfully submitted,

LEWIS THOMASON, P.C.

By: /s/ *J. Logan Punch*

Reba Brown, Esq. (BPR # 10920)
J. Logan Punch, Esq. (BPR # 041578)
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
lpunch@lewisthomason.com
direct line: (615) 259-1366

*Attorneys for defendant State Farm Fire &*
*Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of October 2025, a copy of the foregoing NOTICE OF REMOVAL was filed electronically through the court's e-filing system. Notice of this filing will be sent to all parties indicated below. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Michael D. Quintero, Esq.
(BPR # 038642)
P.O. Box 60507
Nashville, TN 37206
Mquintero@quinterofirm.com
Phone: (407) 900-3582

*Attorney for plaintiff*

/s/ *J. Logan Punch*